NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ERASMO MORALES, JR.,                )
DOC #533014,                        )
                                    )
            Appellant,              )
                                    )
v.                                  )
                                    )       Case No. 2D17-3233
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____ )

Opinion filed April 4, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County, Kimberly K.
Fernandez, Judge.

Erasmo Morales, pro se.


PER CURIAM.


            Affirmed.


SILBERMAN, SLEET, and SALARIO, JJ., Concur.